*Wesley W. Horton* and *Karen L. Dowd*, in support of the petition.

Decided October 23, 2002

CADLE COMPANY *v.* GARY R. GINSBERG

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Paul N. Gilmore* and *Barbara A. Frederick*, in opposition.

Decided October 29, 2002

STATE OF CONNECTICUT *v.* BARBARA WILSON

*Timothy H. Everett* and *Todd D. Fernow*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided October 29, 2002

JACALYN MACY *v.* KEITH LUCAS ET AL.

*Alan Scott Pickel*, in support of the petition.

*Karen L. Karpie*, in opposition.

Decided October 29, 2002

## MICHAEL BRAHAM *v.* COMMISSIONER OF CORRECTION

*Judith M. Wildfeuer*, deputy assistant public defender, and *Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided October 29, 2002

## JOY WISLOCKI *v.* TOWN OF PROSPECT ET AL.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Mary M. Dalton Burgdorff*, in support of the petition.

*Taka Iwashita*, assistant attorney general, in opposition.

Decided October 29, 2002